IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JOHNATHAN MUDGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-cv-159-BR |
| | § | |
| RIVERSIDE TRANSPORTATION, INC., | § | |
| RIVERSIDE TRANSPORT, INC., *and* | § | |
| RENA TALTON, | § | |
| | § | |
| Defendants. | § | |

## NOTICE CONFIRMING VOLUNTARY DISMISSAL

On November 5, 2025, the Court issued an Order Extending Deadline to File Joint Stipulation of Dismissal. (ECF 158). While the Court was processing that Order, but before it had issued, the parties filed a Stipulation of Dismissal with Prejudice. (ECF 157). The following day, no doubt confused by the Court's Order, the parties filed a Joint Stipulation of Dismissal. (ECF 159).

The parties' first filing (ECF 157) was a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court's subsequent Order (ECF 158) was not only an amusing artifact of digital-age litigation, but was also, jurisdictionally, a nullity. *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). Accordingly, the Court DIRECTS the Clerk of Court to administratively close this case.

ENTERED November 6, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE